JAYME B. SULLIVAN
BOISE CITY ATTORNEY

MEGAN A. LARRONDO, ISB #10597
Deputy City Attorney
CITY OF BOISE
OFFICE OF THE CITY ATTORNEY
P.O. Box 500
Boise, Idaho 83701-0500
Telephone: (208) 608-7950
Idaho State Bar No. 10597
E-mail: BoiseCityAttorney@cityofboise.org

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **LUKE RAY SCHUCHARDT**,<br><br>Plaintiff,<br><br>v.<br><br>**CRAIG SOUSA**, in his individual and official capacity; **RYAN POLLARD**, in his individual and official capacity; and **CITY OF BOISE, IDAHO**,<br><br>Defendants. | Case No. 1:24-cv-00039-BLW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [DKT. 1]** |

Defendants City of Boise, Officer Craig Sousa, and Officer Ryan Pollard (collectively "Defendants"), and Plaintiff, by and through their respective counsel, hereby stipulate and agree to extend the time for Defendants to respond to Plaintiff's Complaint filed January 22, 2024 [Dkt. 1]. Defendants' response was originally due February 14, 2024. The new agreed-upon date that Defendants' response to the Complaint shall be due is March 15, 2024.

//

//

DATED this __8th__ day of February 2024.

                          LAW OFFICE OF PETE WOOD

                          _____
                          PETE WOOD
                          Attorney for Plaintiff

DATED this __8th__ day of February 2024.

                          OFFICE OF THE CITY ATTORNEY

                          _____
                          MEGAN A. LARRONDO
                          Deputy City Attorney
                          Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have on this <u>   8th   </u> day of February, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Pete Wood
LAW OFFICE OF PETE WOOD
1604 N. 30th St.
Boise, Idaho, 83703
petewoodlaw@gmail.com

Brian A. Ertz
ERTZ JOHNSON, LLP
P.O. Box 665
Boise, Idaho, 83701
brian@ertzlaw.org

<i>/s/ Megan A. Larrondo</i><br>Megan A. Larrondo