<u>VIDEO CIVIL MOTION HEARING</u>

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Date: July 23, 2025
Judge B. Lynn Winmill                    Deputy Clerk: Jamie Gearhart
Case No. 1:24-cv-39                      Reporter: Tammy Hohenleitner
Place: Zoom                              Time: 1:32 – 2:35 p.m.

<u>SCHUCHARDT v. CITY OF BOISE, et al</u>

Counsel for Plaintiff: Peter Wood and Brian Ertz

Counsel for Defendant: Reid Peterson and Tyler Williams

The Court conducted a hearing by Zoom regarding the following motions:

1. Plaintiff's Motion for Partial Summary Judgment (Dkt. 30), and

2. Defendant City of Boise's Motion for Partial Summary Judgment (Dkt. 36).

The Court took the motions under advisement. A written decision is forthcoming.